PROB. 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
for
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 15 PM 3: 46

THOMAS M. GOULD
CLERK, U.S.
W/D OF TN MEMPHIS

U.S.A. vs **APRIL D. HEMPHILL**               Docket No. 2:04CR20212-01

### Petition on Probation and Supervised Release

COMES NOW __MARNIE KLYMAN__ **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of April D. Hemphill who was placed on supervision by the Honorable Bernice B. Donald sitting in the Court at Memphis, TN on the 19th day of January, 2005, who fixed the period of Probation at one (1) year, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall participate as directed in a program(outpatient and/or inpatient) approved by the Probation Officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing for the detection of substance use or abuse.
2. The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or making an obligation for any major purchases in excess of $500.00 without approval of the Probation Officer.
3. The defendant shall provide the Probation Officer access to any requested financial information.
4. The defendant shall make Third Party Risk notification.
5. The defendant shall submit a DNA sample as directed by the Probation Officer.
6. The defendant shall pay restitution in the amount of $8,785.00, (Balance: $8,460.00)
   The defendant shall pay restitution in regular monthly installments in the amount of 10% of gross income. The interest required shall be waived.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

It appears April D. Hemphill will be unable to satisfy her outstanding balance prior to her expiration date. Ms. Hemphill has made a good faith effort to satisfy the Court's order. Ms. Hemphill has signed a Payment Agreement with the United States Attorney (Financial Litigation Unit), wherein she has agreed to pay Thirty Dollars ($30.00) per month toward her Federal debt until such debt is paid in full.

**PRAYING THAT THE COURT WILL ORDER** that April D. Hemphill's supervision terminate as scheduled on January 18, 2006, with the understanding that the United States Attorney's Office will be responsible for the continued collection of the restitution.

**ORDER OF COURT**

Considered and ordered this 15th day of December, 2005 and ordered filed and made a part of the records in the above case.

_____
United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-19-05

**Respectfully,**

_Marnie Klyman_
Marnie Klyman
United States Probation Officer

Place Memphis, Tennessee

Date December 9, 2005

(38)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 2:04-CR-20212 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

Jerry Stokes
LAW OFFICE OF JERRY STOKES
100 N. Main St.
Ste. 2601
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT